UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD GRAVES,<br><br>        Plaintiff,<br><br>  -against-<br><br>STATE OF NEW YORK, *et al.*,<br><br>        Defendants. | 20-CV-1489 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 25, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 25, 2020
     New York, New York

                        */s/ Colleen McMahon*
                       COLLEEN McMAHON
                    Chief United States District Judge